AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations/Modifications

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| DOUGLAS EUGENE MILLER | Case Number: CR 04-4003-1-MWB |
| | USM Number: 02804-029 |
| ☐ Revocation of Probation | |
| ■ Revocation of Supervised Release | Priscilla Forsyth |
| ☐ Modification of Supervision Conditions | Defendant's Attorney |

## THE DEFENDANT:

■ admitted guilt to violation(s)  1, 2, 3a-b, 4, 5a-c, 6, 7a-b  of the term of supervision.

☐ was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1, 3a-b | Use of a Controlled Substance | June 8, 2018 |
| 2, 4 | Association with Persons Engaged in Criminal Activity | June 13, 2018 |
| 5a-c | Failure to Follow Instructions | August 22, 2018 |
| 6 | Failure to Notify of Law Enforcement Contact | August 12, 2018 |
| 7a-b | Failure to Comply with Substance Abuse Testing and Treatment | August 14, 2018 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of _____ and is discharged as to such violation(s).

■ The Court did not make a finding regarding violation(s)  7c-e

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Mark W. Bennett
United States District Court Judge
Name and Title of Judge

Signature of Judge

September 24, 2018
Date of Imposition of Judgment

9.24.18
Date

DEFENDANT: **DOUGLAS EUGENE MILLER**
CASE NUMBER: **CR 04-4003-1-MWB**

## PROBATION

☐ The defendant's supervision is continued with the addition of special condition number(s):

## IMPRISONMENT

☐ No imprisonment is ordered as part of this modification.

■ The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **24 months**

■ The court makes the following recommendations to the Federal Bureau of Prisons:
**It is recommended that the defendant be released to a residential reentry center for up to 180 days with work release privileges following 18 months of incarceration, while under the custody of the Federal Bureau of Prisons.**

**It is recommended that the defendant be designated to FMC Rochester, or a Bureau of Prisons facility as close to the defendant's family as possible, commensurate with the defendant's security and custody classification needs.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Federal Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the United States Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: DOUGLAS EUGENE MILLER
CASE NUMBER: CR 04-4003-1-MWB

## SUPERVISED RELEASE

■ Upon release from imprisonment, No Term of Supervised Release is reimposed.

AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations/Modifications

Judgment—Page 3 of 3

DEFENDANT: DOUGLAS EUGENE MILLER
CASE NUMBER: CR 04-4003-1-MWB